GARY W. DYER, CSBA # 106701
    Gary.W.Dyer@usdoj.gov
United States Dept. of Justice
Office of United States Trustee
United States Courthouse
920 West Riverside, Room 593
Spokane, WA.  99201
Telephone (509) 353-2999
Fax (509) 353-3124

Attorney for the United States Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No.  11-21565 TLM11 |
| | ) | Chapter 11 |
| TREIG WOOD | ) | |
| HEATHER WOOD | ) | |
| | ) | RESPONSE TO THE ORDER TO SHOW |
| | ) | CAUSE ISSUED APRIL 4, 2013 |
| | ) | |
| Debtor. | ) | |

The Acting United States Trustee, by and through her attorney, Gary W.

Dyer, responds to the court's Order to Show Cause as follows:

The case should be converted to one under chapter 7 because the

debtors did not file a plan and disclosure statement within the time set by the

court (forty-five days of the court's February 11, 2013 order), no assets appear

to be available for the benefit of creditors, and the debtors have no appreciable

profit during the post-petition period to fund a chapter 11 plan.

### FACTUAL BASIS

1. Debtor filed a voluntary Chapter 11 petition on February 8, 2011 as a

chapter 13 case, which was converted to chapter 11 on June 28, 2012.

2.  The debtor/husband operates an LLC to sell generators to commercial clients while the debtor/wife is a teacher.

3. In this case, the debtors did not propose a plan within the time period ordered by the court.  Second, a review of the monthly operating reports do not show any profit during the pendency of the case which could fund any plan of reorganization.  Third, during the pendency of the case, no mortgage payments have been made, while the lawsuit with the lender is pending.  The funds are not in savings or otherwise deposited. The conclusion is that the debtors cannot fund the ongoing mortgage payments, any cure of delinquent mortgage payments, or any plan of reorganization.

4.  While no assets appear to be available to pay the priority or unsecured claims of the debtors, no Rule 2015.3 reports are timely filed which prevents a full analysis of that LLC asset, and the debtors may discharge the unsecured debts along with any possible deficiencies for the secured claims, and leave themselves the tax debt to resolve once their discharge is entered. Dated this 8th day of April, 2013.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee
DAVID W. NEWMAN
Assistant U.S. Trustee

___/s/Gary W. Dyer_____
GARY W. DYER
Assistant U.S. Trustee (Spokane)

CERTIFICATE OF SERVICE


I HEREBY CERTIFY that on April 8, 2013, I filed the foregoing electronically through the CM/ECF System and service by that Notice of Electronic Filing system was on:

Tyler Wirick, counsel for the debtors

Lance Olsen and Brian R. Langford for Wells Fargo Bank


Date:  April 8, 2013

\_\_\_\_/s/ Gary W. Dyer_____
Gary W. Dyer
Assistant U.S. Trustee (Spokane)