**GARY W. DYER, CSBA # 106701**
Gary.W.Dyer@usdoj.gov
United States Dept. of Justice
Office of United States Trustee
United States Courthouse
920 West Riverside, Room 593
Spokane, WA. 99201
Telephone (509) 353-2999
Fax (509) 353-3124

Attorney for Movant Acting United States Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 11-21565 TLM11 |
| ) | Chapter 11 |
| TREIG WOOD ) | |
| HEATHER WOOD ) | |
| ) | |
| Debtors. ) | |

## ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT

The Acting United States Trustee (United States Trustee), by and through her attorney, Gary W. Dyer, moves to dismiss or convert this case pursuant to 11 U.S.C. § 1112(b), for the reasons listed below. PLEASE TAKE NOTICE THAT PURSUANT TO LOCAL BANKRUPTCY RULE 2002.2(c), IF YOU OBJECT TO THIS MOTION, YOU MUST FILE WITH THE CLERK AND SERVE ON THE UNITED STATE TRUSTEE NO LATER THAN 14 DAYS BEFORE THE HEARING ON THIS MOTION, A WRITTEN OBJECTION STATING THE GROUNDS FOR YOUR OBJECTION WITH SPECIFICITY.

1. The debtors did not file a plan and disclosure statement within the time set by the court (forty-five days of the court's February 11, 2013 order);

2. The debtors have no appreciable profit during the post-petition period to fund a chapter 11 plan.

## ALLEGATIONS

1. Debtor filed a voluntary Chapter 11 petition on February 8, 2011 as a chapter 13 case, which was converted to chapter 11 on June 28, 2012.

2. Debtor is a debtor in possession and as such, has essentially the same powers and duties as a trustee. 11 U.S.C. §§ 1106 & 1107. The debtor/husband operates an LLC to sell generators to commercial clients while the debtor/wife is a teacher.

3. 11 U.S.C. § 1112(b)(1) provides that if the movant establishes cause, "the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate . . . unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate." Section 1112(b)(2) states that the "court may not convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter if the court finds and specifically identifies unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate, and the debtor or any other party in interest establishes that - (A) there is a reasonable likelihood that a plan will be confirmed within the time frames established in sections 1121(e) and 1129(e) of this title, or if such sections do not apply, within a reasonable period of time; and (B) the grounds for granting such relief include an act or omission of the debtor other than under paragraph (4)(A) - (i) for which there exists a reasonable justification for the act or omission; and (ii) that will be cured within a reasonable period of time fixed by the court." 11 U.S.C. § 1112(b)(4) sets forth a non-exclusive list of what

constitutes cause for dismissal. *See In re Jayo, 2006 WL 2433451, \*5-6 (Bankr. D. Idaho 2006).* This case should be dismissed or converted for the following cause(s):

A. There is a continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation. *11 U.S.C. § 1112(b)(4)(A); see Rand v. Porsche Financial Services, Inc. (In re Rand), 2010 WL 6259960 (9th Cir. BAP 2010).* The purpose of this section is to "preserve estate assets by preventing the debtor in possession from gambling on the enterprise at the creditors' expense when there is no hope of rehabilitation." *Id. at \*4, (quoting Loop Corp. v. U.S. Trustee, 379 F.3d 511, 516 (8th Cir. 2004), quoting In re Lizeric Realty Corp., 188 B.R. 499, 503 (Bankr. S.D.N.Y. 1995)).* "The issue of rehabilitation for purposes of 21 1112(b)(4)(A) "is not the technical one of whether the debtor can confirm a plan, but, rather, whether the debtor=s business prospects justify continuance of the reorganization effort." *In re Rand, 2010 WL at \*4 (quoting In re Wallace, No. 09B20496BTLM, 2010 Bankr.LEXIS 261, at \*13, 14 (Bankr. D. Idaho 2010) (citations omitted)).*

In this case, the debtors did not propose a plan within the time period ordered by the court. Second, a review of the monthly operating reports do not show any profit during the pendency of the case which could fund any plan of reorganization. Third, during the pendency of the case, no mortgage payments have been made, while the lawsuit with the lender is pending. The funds are not in savings or otherwise deposited. The conclusion is that the debtors cannot fund the mortgage payment or any plan of reorganization.

Dated April 24, 2013                    Respectfully submitted,

                                        GAIL BREHM GEIGER
                                        Acting United States Trustee Region 18
                                        DAVID W. NEWMAN
                                        Assistant U.S. Trustee

                                        /s/Gary W. Dyer
                                        GARY W. DYER
                                        Assistant U.S. Trustee (Spokane)
                                        Gary.W.Dyer@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2013, I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Tyler S. Wirick, Debtors' attorney

Others receiving electronic notice in this case.

AND I FURTHER CERTIFY that on such date I caused to be served the foregoing document on the following non-CM/ECF Registered Participants via first class mail, postage paid, on the attached Mailing Matrix, except for Debtor's counsel, the United States Trustee and the Court:

Debtors

Treig Dudley Wood
Heather Nicole Wood
7904 Balta Lane
Coeur D Alene, ID 83815

See Attached Mailing Matrix

Date: April 24, 2013            /s/ Carolyn S. Wolfe
                                CAROLYN S. WOLFE

```
Label Matrix for local noticing          PRA Receivables Management, LLC        Wells Fargo Bank, N.A.
0976-2                                   PO Box 41067                           Routh Crabtree Olsen, PS
Case 11-21565-TLM                        Norfolk, VA 23541-1067                 c/o Lance Olsen
District of Idaho   [LIVE]                                                      13555 SE 36th St., Suite 300
Coeur dAlene                                                                    Bellevue, WA 98006-1489
Wed Apr 24 09:33:04 MDT 2013

Coeur d' Alene                           Cbna                                   Chase
U.S. Bankruptcy Court                    Po Box 6497                            Po Box 15298
6450 N. Mineral Drive                    Sioux Falls, SD 57117-6497             Wilmington, DE 19850-5298
Room 150
Coeur d' Alene, ID 83815-4986

Chase Bank USA, N.A.                     (p)INTERNAL REVENUE SERVICE            Midland Credit Management, Inc.
PO Box 15145                             CENTRALIZED INSOLVENCY OPERATIONS      8875 Aero Drive, Suite 200
Wilmington, DE 19850-5145                PO BOX 7346                            San Diego, CA 92123-2255
                                         PHILADELPHIA PA 19101-7346


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Rnb - Mflds                            Santander Consumer USA
PO BOX 41067                             3701 Wayzata Blvd                      Po Box 560284
NORFOLK VA 23541-1067                    Minneapolis, MN 55416-3401             Dallas, TX 75356-0284


Santander Consumer Usa                   Santander Consumer Usa                 Shoshone County Treasurer
PO Box 961245                            Po Box 961245                          Tax Collector
Fort Worth, TX 76161-0244                Ft Worth, TX 76161-0244                700 Bank Street, Suite #110
                                                                                Wallace, ID 83873-2356


US Trustee                               Wells Fargo Bank                       Wells Fargo Bank Nv Na
Washington Group Central Plaza           Po Box 14517                           Po Box 31557
720 Park Blvd, Ste 220                   Des Moines, IA 50306-3517              Billings, MT 59107-1557
Boise, ID 83712-7785


Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A.                 Wells Fargo Bank, N.A.
100 W Washington Street                  13555 SE 36th St., Suite 300,          Home Equity Group
Phoenix, AZ 85003-1828                   Bellevue, WA 98006-1489                1 Home Campus  X2303-01A
                                                                                Des Moines, IA 50328-0001


Wells Fargo Bank, N.A./Attention: Bankruptcy   Wells Fargo Business D           (p)WELLS FARGO BANK NA
MAC #D3347-014                           Po Box 29482                           WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
3476 Stateview Blvd.                     Phoenix, AZ 85038-9482                 ATTN BANKRUPTCY DEPT MAC X7801-014
Ft Mill, SC 29715-7203                                                          3476 STATEVIEW BLVD
                                                                                FORT MILL SC 29715-7203


Wells Fargo NV NA                        Heather Nicole Wood                    Treig Dudley Wood
PO Box 31557                             7904 Balta Lane                        7904 Balta Lane
Billings, MT 59107-1557                  Coeur D Alene, ID 83815-5226           Coeur D Alene, ID 83815-5226




Tyler S Wirick
Law Offices of Tyler S. Wirick
250 Northwest Blvd.
 Suite 107A
Coeur d'Alene, ID 83814-2971
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-7364

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Wells Fargo Bank Nv. Na.
PO Box 31557
Billings, MT 59107-1557

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28