GARY W. DYER, CSBA # 106701
Gary.W.Dyer@usdoj.gov
United States Dept. of Justice
Office of United States Trustee
United States Courthouse
920 West Riverside, Room 593
Spokane, WA. 99201
Telephone (509) 353-2999
Fax (509) 353-3124

Attorney for Movant Acting United States Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 11-21565 TLM11 |
| ) | Chapter 11 |
| TREIG WOOD ) | |
| HEATHER WOOD ) | |
| ) | |
| Debtors. ) | |

## NOTICE OF HEARING ON ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT

TO ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE THAT the Acting United States Trustee, by and through her attorney, Gary W. Dyer, has filed a motion to dismiss or convert this case pursuant to 11 U.S.C. § 1112(b), on the following grounds:

1. The debtors did not file a plan and disclosure statement within the time set by the court (forty-five days of the court's February 11, 2013 order);

2. The debtors have no appreciable profit during the post-petition period to fund a chapter 11 plan.

PLEASE TAKE NOTICE THAT the Acting United States Trustee has scheduled a hearing on her Motion to Dismiss or Convert Case wherein she seeks an order dismissing this case or converting it to Chapter 7 pursuant to 11 U.S.C. § 1112(b), on June 4, 2013 at the hour of 9:30 a.m. or as soon thereafter as the parties may be heard at the United States Bankruptcy Court located in the United States Courthouse at 6450 N. Mineral Drive, Coeur d'Alene, Idaho.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

PLEASE TAKE NOTICE THAT PURSUANT TO LOCAL BANKRUPTCY RULE 2002.2(c), IF YOU OBJECT TO THIS MOTION, YOU MUST FILE WITH THE CLERK AND SERVE ON THE UNITED STATE TRUSTEE NO LATER THAN 14 DAYS BEFORE THE HEARING ON THIS MOTION, A WRITTEN OBJECTION STATING THE GROUNDS FOR YOUR OBJECTION WITH SPECIFICITY.

You can attend the scheduled hearing and present your views or support your filed response at that time.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

If contested, the Acting United States Trustee intends to present witnesses and evidence at the hearing on her motion.

Date: April 24, 2013                    Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee Region 18
DAVID W. NEWMAN
Assistant U.S. Trustee

/s/Gary W. Dyer
GARY W. DYER
Assistant U.S. Trustee (Spokane)
Gary.W.Dyer@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2013, I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Tyler S. Wirick, Debtors' attorney

Others receiving electronic notice in this case.

AND I FURTHER CERTIFY that on such date I caused to be served the foregoing document on the following non-CM/ECF Registered Participants via first class mail, postage paid, on the attached Mailing Matrix, except for Debtor's counsel, the United States Trustee and the Court:

Debtors

Treig Dudley Wood
Heather Nicole Wood
7904 Balta Lane
Coeur D Alene, ID 83815

See Attached Mailing Matrix

Date: April 24, 2013             /s/ Carolyn S. Wolfe
                                 CAROLYN S. WOLFE

```
Label Matrix for local noticing              PRA Receivables Management, LLC           Wells Fargo Bank, N.A.
0976-2                                       PO Box 41067                              Routh Crabtree Olsen, PS
Case 11-21565-TLM                            Norfolk, VA 23541-1067                    c/o Lance Olsen
District of Idaho [LIVE]                                                               13555 SE 36th St., Suite 300
Coeur dAlene                                                                           Bellevue, WA 98006-1489
Wed Apr 24 09:33:04 MDT 2013

Coeur d' Alene                               Cbna                                      Chase
U.S. Bankruptcy Court                        Po Box 6497                               Po Box 15298
6450 N. Mineral Drive                        Sioux Falls, SD 57117-6497                Wilmington, DE 19850-5298
Room 150
Coeur d' Alene, ID 83815-4986

Chase Bank USA, N.A.                         (p)INTERNAL REVENUE SERVICE               Midland Credit Management, Inc.
PO Box 15145                                 CENTRALIZED INSOLVENCY OPERATIONS         8875 Aero Drive, Suite 200
Wilmington, DE 19850-5145                    PO BOX 7346                               San Diego, CA 92123-2255
                                             PHILADELPHIA PA 19101-7346

(p)PORTFOLIO RECOVERY ASSOCIATES LLC         Rnb - Mflds                               Santander Consumer USA
PO BOX 41067                                 3701 Wayzata Blvd                         Po Box 560284
NORFOLK VA 23541-1067                        Minneapolis, MN 55416-3401                Dallas, TX 75356-0284

Santander Consumer Usa                       Santander Consumer Usa                    Shoshone County Treasurer
PO Box 961245                                Po Box 961245                             Tax Collector
Fort Worth, TX 76161-0244                    Ft Worth, TX 76161-0244                   700 Bank Street, Suite #110
                                                                                       Wallace, ID 83873-2356

US Trustee                                   Wells Fargo Bank                          Wells Fargo Bank Nv Na
Washington Group Central Plaza               Po Box 14517                              Po Box 31557
720 Park Blvd, Ste 220                       Des Moines, IA 50306-3517                 Billings, MT 59107-1557
Boise, ID 83712-7785

Wells Fargo Bank, N.A.                       Wells Fargo Bank, N.A.                    Wells Fargo Bank, N.A.
100 W Washington Street                      13555 SE 36th St., Suite 300,             Home Equity Group
Phoenix, AZ 85003-1828                       Bellevue, WA 98006-1489                   1 Home Campus  X2303-01A
                                                                                       Des Moines, IA 50328-0001

Wells Fargo Bank, N.A./Attention: Bankruptcy Wells Fargo Business D                    (p)WELLS FARGO BANK NA
MAC #D3347-014                               Po Box 29482                              WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
3476 Stateview Blvd.                         Phoenix, AZ 85038-9482                    ATTN BANKRUPTCY DEPT MAC X7801-014
Ft Mill, SC 29715-7203                                                                 3476 STATEVIEW BLVD
                                                                                       FORT MILL SC 29715-7203

Wells Fargo NV NA                            Heather Nicole Wood                       Treig Dudley Wood
PO Box 31557                                 7904 Balta Lane                           7904 Balta Lane
Billings, MT 59107-1557                      Coeur D Alene, ID 83815-5226              Coeur D Alene, ID 83815-5226


Tyler S Wirick
Law Offices of Tyler S. Wirick
250 Northwest Blvd.
 Suite 107A
Coeur d'Alene, ID 83814-2971
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-7364

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Wells Fargo Bank Nv. Na.
PO Box 31557
Billings, MT 59107-1557

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28