GARY W. DYER, CSBA # 106701
   Gary.W.Dyer@usdoj.gov
United States Dept. of Justice
Office of Acting United States Trustee
United States Courthouse
920 West Riverside, Room 593
Spokane, WA.  99201
Telephone (509) 353-2999
Fax (509) 353-3124

Attorney for Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No.  11-21565-TLM |
| | ) | Chapter 11 |
| TRIEG WOOD and | ) | |
| HEATHER WOOD, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

### EX PARTE APPLICATION FOR COURT TO RE-SET THE STATUS CONFERENCE ON THIS CASE

The Acting United States Trustee ("United States Trustee"), by and through her attorney, Gary W. Dyer, requests the court to re-set its status conference, originally set on April 30, 2013. The request is based upon the following;

    1.  The case was filed as a chapter 13 case in December of 2011.

    2.  The case was converted to a chapter 11 case at the request of the debtors on June 28, 2012.

    3.  On February 11, 2013, the court held a status conference in this case and ordered the debtors to file their plan and disclosure statement in four-five days.

    4.  No plan or disclosure statement was filed.

5. On April 4, 2013, an Order to Show Cause was issued by this court with a hearing set on April 30, 2013.

6. On April 24, 2013, the United States Trustee filed a motion to convert or dismiss this case.

7. On April 30, 2013, debtors' counsel appeared at the hearing on the Order to Show Cause and consented to a conversion of this case, and the United States Trustee was to prepare an appropriate order and obtain debtors' counsel's endorsement.

8. The proposed order was sent to debtor's counsel on May 1, 2013.

9. On May 8, 2013, in the follow up communications by the United States Trustee to debtors' counsel regarding the proposed order, counsel advised the United States Trustee that Mr. Wood had become employed and wanted to remain in a chapter 11 or in a chapter 13. The United States Trustee's office advised debtors' counsel to file a motion or re-set the status conference to modify the court's April 30, 2013 order.

10. As of today, no motion or request for any hearing has been made by the debtors regarding this reconsideration or change of circumstances.

Wherefore, the court is respectfully requested to re-set the status conference for June 5, 2013 at 9:30 a.m. for further consideration.

Dated this 22nd day of May 2013

                            Respectfully submitted,

                            GAIL BREHM GEIGER
                            Acting United States Trustee Region 18
                            DAVID W. NEWMAN
                            Assistant U.S. Trustee

                            /s/Gary W. Dyer
                            GARY W. DYER
                            Assistant U.S. Trustee (Spokane)

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 22, 2013, I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Tyler S. Wirick, Debtors' counsel

And on all others receiving electronic notice in this case.

      AND I FURTHER CERTIFY that on such date I caused to be served the foregoing document on the following non-CM/ECF Registered Participants via first class mail, postage on the attached Mailing Matrix, except for Debtor's counsel, the United States Trustee and the Court:

Treig Dudley Wood
Heather Nicole Wood
7904 Balta Lane
Coeur D Alene, ID 83815

Dated: May 22, 2013                     /s/ Carolyn Wolfe
                                                 CAROLYN WOLFE