Tyler S. Wirick ISB No. 7267
Law Offices of Tyler S. Wirick, PLLC
250 Northwest Blvd., Suite 107A
Coeur d'Alene, ID 83814
Telephone: (208) 292-4200
Facsimile: (208) 292-4201

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

TREIG DUDLEY WOOD
Social Security No. XXX-XX-1828

Debtor,

HEATHER NICOLE WOOD
Social Security No. XXX-XX-9344

Joint Debtor.

Case No. 11-21565-TLM

Chapter 11

**MOTION TO AMEND ORAL RULING TO PERMIT DEBTORS TO REMAIN IN CHAPTER 11**

TREIG DUDLEY WOOD and HEATHER NICOLE WOOD, Debtors, by and through their counsel of record, Tyler S. Wirick of the Law Offices of Tyler S. Wirick, PLLC, hereby move this Court for an order amending its oral ruling converting the case to Chapter 7 to permit the Debtors to remain in Chapter 11. In support of this Motion Debtors allege as follows:

1. Debtors are currently in a Chapter 11 Bankruptcy.

2. On April 30, 2012 a hearing was held in this matter in which the Debtors noted their intent to convert the case to Chapter 7. The conversion was based on Debtors' inability to move forward with a Chapter 11 plan due to lack of income. The Court orally ruled on the conversion to chapter 7 at that time.

**MOTION TO AMEND ORAL RULING -1**

3. Following the April 30, 2012 hearing Debtors informed their counsel regarding a new contract the Debtors were able to secure for their business.

4. The contract is with the City of Dallas, Texas regarding electrical generators at one of the city's water treatment plants. This project will offer to Debtors a substantial increase in income including $8900 for the first two (2) months of the contract and approximately $6700 per month for the remaining months of the contract. This is in additional to the other contracts and income previously stated on Debtors' monthly operating reports.

5. In addition this contract, there are subsequent contracts to be let for additional City of Dallas water treatment plants after the current contract is complete.

6. Debtors' increased revenue stream will allow Debtors to propose a feasible Chapter 11 plan and fund the past due mortgage payments.

WHEREFORE, because Debtors now have the revenue to fund a Chapter 11 plan, Debtors hereby request that the Motion to Amend Oral Ruling to Permit Debtors to Remain in Chapter 11 be granted.

Dated this 22nd day of May 2013.

/s/ *Tyler S. Wirick*
Tyler S. Wirick, ISB No. 7267
Attorney for Debtors

**MOTION TO AMEND ORAL RULING -2**

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 22nd, 2013, I caused the foregoing document to be filed with the Court's CM/ECF system which caused a copy of the foregoing to be served via electronic means on the following:

    United States Trustee
    ustp.region18.bs.ecf@usdoj.gov

      I FURTHER CERTIFY that on May 20, 2013, I caused the foregoing document to be served via U.S. Mail, postage prepaid on the following:

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Brian R Langford
MacArthur Heder Metler
3319 N. University Ave
Provo, UT 84604-4438

Lance E Olsen
13555 SE 36th St., Suite 300
Bellevue, WA 98006-1489

Rnb - Mflds
3701 Wayzata Blvd
Minneapolis, MN 55416-3401

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank, N.A.
100 W Washington Street
Phoenix, AZ 85003-1828

Wells Fargo Bank, N.A./Attention: Bankruptcy
MAC #D3347-014
3476 Stateview Blvd.

Ft Mill, SC 29715-7203

Wells Fargo NV NA
PO Box 31557
Billings, MT 59107-1557

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541-1067

Santander Consumer USA
Po Box 560284
Dallas, TX 75356-0284

Shoshone County Treasurer
Tax Collector
700 Bank Street, Suite #110
Wallace, ID 83873-2356

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N.A.
13555 SE 36th St., Suite 300,

**MOTION TO AMEND ORAL RULING -3**

Bellevue, WA 98006-1489

Wells Fargo Business D
Po Box 29482
Phoenix, AZ 85038-9482

Chase
Po Box 15298
Wilmington, DE 19850-5298

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

David Wayne Newman
OFFICE OF THE US TRUSTEE US DEPT
720 Park Blvd., Ste. 220
Boise, ID 83712-7785

(p)PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

Santander Consumer Usa
PO Box 961245
Fort Worth, TX 76161-0244

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Wells Fargo Bank, N.A.
Routh Crabtree Olsen, PS
c/o Lance Olsen
13555 SE 36th St., Suite 300
Bellevue, WA 98006-1489

Wells Fargo Bank, N.A.
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 50328-0001

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE
AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

/s/ *Tyler S. Wirick*
Tyler S. Wirick, ISB No. 7267
Attorney for Debtors

**MOTION TO AMEND ORAL RULING -4**